**Order entered January 26, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00876-CV**

**CECILIA SOO, ET AL., Appellants**

**V.**

**TIMOTHY G. PLETTA, ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06816**

**ORDER**

Before the Court is appellees' January 22, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 8, 2021**. We caution appellees that further extension requests in the accelerated appeal will be disfavored.

/s/    CRAIG SMITH
JUSTICE